UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES EDWIN L. CHRISTIAN, JOHN CRONIN, THOMAS D. GORDON, HUGH MANLEY, TYREEF BEVEL, JOHN F. O'HARE, ROBERT G. WESSELS and MICHAEL SALGO, and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER-FINANCIAL SECRETARY EDWIN L. CHRISTIAN,

                     Plaintiffs,

                   -against-

COMMODORE CONSTRUCTION CORP,

                    Defendant.

**DEFAULT JUDGMENT**

25-CV-08873 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

**UPON THE READING AND FILING OF THE ORDER TO SHOW CAUSE** filed by the Plaintiffs, including the Declaration of James M. Steinberg, Esq. dated February 10, 2026 and the exhibits attached thereto, the Affidavits of Edwin L. Christian, Marlene Monterroso and Lisa Madeiras, all sworn to on February 10, 2026, Plaintiffs' Statement of Damages and Memorandum of Law, and upon all of the prior papers and proceedings heretofore had herein; and

**UPON** the failure of Defendant Commodore Construction Corp to appear, answer, or otherwise move with respect to the Complaint, and the time for appearing, answering or otherwise moving having expired; it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against Defendant in the amount of $10,615.26, and that Plaintiffs have execution therefor.

**SO ORDERED**:

Dated:  White Plains, New York
       March 20, 2026

_____
Philip M. Halpern
United States District Judge